IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JULIE BARI                                                                                          PLAINTIFF

V.                                        NO.  3:07cv00129 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                          DEFENDANT

### ORDER

Defendant has filed a motion for extension of time (docket entry #11) in which to file his reply brief and states that Plaintiff does not object.  Defendant's motion is granted.  Defendant is granted to and including February 27, 2008, in which to file his reply brief or otherwise move.

IT IS SO ORDERED this 11th day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE