IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JULIE BARI                                                                                         PLAINTIFF

V.                                    NO.  3:07cv00129 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                              DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum Opinion and Order entered this date.  This case is hereby reversed and remanded for action consistent with the Court's opinion.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 24th day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE